**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Fidel Mar REBOLLAR–GOMEZ, also known as Fidel Gomez Rebollar, also known as Juan Manuel Lopez, also known as Fidel Gomez, also known as Jose Ramirez Delgado, also known as Jose Rebollar–Mondragon, also known as Fidelmar Rebollar–Gomez, Defendant–Appellant.**

No. 14–50679

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 8, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Jeffrey David Parker, Esq., Belton, TX, for Defendant–Appellant.

Fidel Mar Rebollar–Gomez, Post, TX, pro se.

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Fidel Mar Rebollar–Gomez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Rebollar–Gomez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.